IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:18-CV-187-BO

| | |
|---|---|
| THEODORE JUSTICE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| AGRICULTURE; NORTH CAROLINA ) | |
| DEPARTMENT OF HEALTH AND ) | |
| HUMAN SERVICES, and GRANVILLE ) | |
| COUNTY BOARD OF COMMISSIONERS, ) | |
| ) | |
| Defendants. ) | |

This case comes before the court on the motion (D.E. 20) by pro se plaintiff Theodore Justice ("plaintiff") for permission to file documents electronically in the court's electronic filing system, CM/ECF, and to expedite ruling on his motions to proceed *in forma pauperis* ("IFP") (D.E. 2, 19, 22).[1]

Section II(A)(2) of the court's CM/ECF Policy Manual provides that "[a] pro se party who is not incarcerated may consent to be a receiving user of CM/ECF. A receiving user receives notices of filings by email instead of by regular mail, but may not file electronically." CM/ECF Policy Manual § II(A)(2). Plaintiff is a receiving user of CM/ECF (*see* Mot. 1 ¶ 2; 24 June 2018 Notice of Pro Se E-Noticing). He is now requesting to also be a filing user. In support of his

---

[1] The portion of the motion seeking permission to participate in the electronic filing system appears at pages 1 and 2 of D.E. 20 and an order allowing this request appears at page 3. The request for expedited ruling on the IFP motions—which is presented as a separate motion—appears at pages 4 to 6 of D.E. 20 a proposed order allowing that request at page 7.

request, plaintiff indicates that he has reviewed the requirements for electronic filing and agrees to abide by them.

Plaintiff's showing is not sufficient to establish good cause for allowing him to file electronically. *See Brooks v. Barney*, No. 3:13-CV-168, 2013 WL 6712847, at *2 (N.D.W. Va. 18 Dec. 2013) (denying plaintiff's motion to file electronically for failure to demonstrate good cause for the request). This portion of plaintiff's motion is accordingly DENIED. Plaintiff shall continue to submit his filings to the clerk's office in paper form. *See* CM/ECF Policy Manual § V(A)(1).

As to plaintiff's request for expedited ruling, since the filing of the instant motion, the court has ruled on plaintiff's IFP motions that are the subject of this request. *See* 27 Nov. 2018 Ord. (D.E. 25). The request for expedited ruling is therefore moot and is DENIED as such.

In sum, plaintiff's motion is DENIED in its entirety.

SO ORDERED, this 27th day of November 2018.

_____
James E. Gates
United States Magistrate Judge