UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| THEODORE JUSTICE )<br>         Plaintiff, )<br>)<br>v. )<br>)<br>)<br>NORTH CAROLINA DEPARTMENT )<br>HEALTH AND HUMAN SERVICES )<br>SECRETARY, and GRANVILLE )<br>COUNTY BOARD OF COMMISSIONERS)<br>         Defendants. ) | **JUDGMENT**<br><br>No. 5:18-CV-187-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motionS to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 22, 2020, and for the reasons set forth more specifically therein, defendants' motions to dismiss are GRANTED. Plaintiff's claims are DISMISSED and this case is closed following Plaintiffs' failure to file motion to amend his complaint.

**This Judgment Filed and Entered on June 18, 2020, and Copies To:**
Theodore Justice (via US mail) P O Box 253, Manson, NC 27553
Rajeev K. Premakumar (via CM/ECF Notice of Electronic Filing)
James C. Wrenn, Jr. / John Michael Durnovick (via CM/ECF Notice of Electronic Filing)

June 18, 2020                    PETER A. MOORE, JR., CLERK

                                            /s/ Sandra K. Collins
                                            (By) Sandra K. Collins, Deputy Clerk